UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| KEVIN CHAMBERS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | Case No. 4:05CV1469SNL |
| ST. LOUIS COUNTY, ET. AL., | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court on *pro se* prisoner plaintiff's "motion for leave to publish an affidavit to the record in this case" (#30), filed April 12, 2006. As of today's date, no defendant has filed a response.

The "affidavit" submitted by the plaintiff is nothing more than his accusations of police brutality allegedly supported by hearsay statements made by other persons to plaintiff while he (and presumably the other persons) were incarcerated in the St. Louis County Jail. Furthermore, this affidavit consists of a letter sent to the United States Attorney's Office "directing" them to give defendant Pennycock absolute immunity to make him testify against the other defendants; then a letter to defendant Pennycock's attorney "directing" him to produce Pennycock for an interview by federal authorities. In both letters, plaintiff refers to cases wherein persons have succeeded in excessive force lawsuits against law enforcement officers.

This "affidavit" totally fails to comport to the requirements of Rule 56 and borders on a blackmail attempt against defendant Poppycock. The Court will not grant leave for the filing of this "affidavit" and will order it stricken from the court record.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's "motion for leave to publish an affidavit" (#30) be and is **DENIED.**

**IT IS FINALLY ORDERED** that this "affidavit" along with all attachments be and is **STRICKEN** from the court record.

Dated this __18th__ day of April, 2006.

*/s/ Stephen N. Limbaugh*
SENIOR UNITED STATES DISTRICT JUDGE