UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN CHAMBERS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:05CV1469SNLJ |
| | ) |
| ST. LOUIS COUNTY, ET. AL., | ) |
| | ) |
| Defendants. | ) |

## ORDER

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendant Pennycock's motion for summary judgment (#83) be and is **GRANTED** in so far that plaintiff's Fourth Amendment excessive force claim is **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over plaintiff's remaining state-law tort claims for assault and battery and **DISMISSES WITHOUT PREJUDICE** these state-law tort claims.

**IT IS FINALLY ORDERED** that plaintiff's claims against defendant Pennycock are hereby removed from the trial docket of May 20, 2009.

Dated this  11th  day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE