UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KEVIN CHAMBERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1469SNLJ |
| ) | |
| ST. LOUIS COUNTY, ET. AL, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

In accordance with the memorandum filed herein this date,

**IT IS HEREBY ORDERED** that defendants Kelling's and Van Mierlo's motion for summary judgment (#86) be and is **GRANTED** in so far that plaintiff's Fourth Amendment excessive force claim against both defendants is **DISMISSED WITH PREJUDICE**. The Court declines to exercise supplemental jurisdiction over plaintiff's remaining state-law tort claims of assault and battery and **DISMISSES WITHOUT PREJUDICE** these state-law tort claims.

**IT IS FINALLY ORDERED** that this cause of action, in its entirety, be and is removed from the Court's trial docket of May 20, 2009.

Dated this   11th   day of May, 2009.

_____
UNITED STATES DISTRICT JUDGE